IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

    -v-                                                                 23-MC-

$27,721 UNITED STATES CURRENCY,

        Defendant *in rem*.

---

## STIPULATION TO EXTEND PLAINTIFF'S TIME TO FILE COMPLAINT IN CIVIL FORFEITURE ACTION

IT IS HEREBY STIPULATED and agreed upon between the parties, the United States of America by its attorney, Trini E. Ross, United States Attorney for the Western District of New York, Mary Clare Kane, Assistant United States Attorney, of counsel, and, Justin D. Ginter, Esq., attorney for claimant Corey Dodge, that the government's time to file its Verified Complaint for Forfeiture be extended from January 2, 2024 to March 4, 2024, pursuant to Title 18, United States Code, Section 983(a)(3)(A).

Dated: December _____, 2023                Dated: December __5__, 2023

    TRINI E. ROSS
    United States Attorney
    Western District of New York

By: _____        By: _____
    Mary Clare Kane                               Justin D. Ginter, Esq.
    Assistant United States Attorney           42 Delaware Avenue
    United States Attorney's Office            Suite 120
    Western District of New York             Buffalo, New York 14202
    138 Delaware Avenue                        jginter@lglaw.com
    Buffalo, New York 14202                 Attorney for Corey Dodge
    716-843-5809
    Mary.kane@usdoj.gov